1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  DANIEL R. KALEBA (CABN 223789)
   Assistant United States Attorney
5     150 Almaden Boulevard, Suite 900
      San Jose, CA 95113
6     Telephone: (408) 535-5061
      Fax: (408) 535-5066
7     E-Mail: daniel.kaleba@usdoj.gov

8  MEREDITH EDWARDS
   Law Clerk
9

10 Attorneys for Plaintiff

11
                    UNITED STATES DISTRICT COURT
12
                   NORTHERN DISTRICT OF CALIFORNIA
13
                          SAN JOSE DIVISION
14

15 UNITED STATES OF AMERICA,        )   No. CR 10-00528 HRL
                                    )
16         Plaintiff,               )
                                    )
17     v.                           )   STIPULATION AND [PROPOSED]
                                    )   ORDER EXCLUDING TIME FROM
                                    )   SEPTEMBER 9, 2010 TO SEPTEMBER
18 PATRICIA L. WORTH,               )   23, 2010
                                    )
19         Defendant.               )
                                    )
20 _____

21     The defendant, PATRICIA L. WORTH, represented by MANUEL ARAUJO, Assistant

22 Federal Public Defender, and the government, represented by DANIEL R. KALEBA, Assistant

23 United States Attorney, jointly stipulate and request to continue the September 9, 2010

24 appearance to Thursday, September 23, 2010 at 1:30 p.m. The purpose for the continuance is

25 that defense counsel has a personal scheduling conflict and will be unable to attend the

26 September 9, 1010 appearance. Parties were informed by the Court's clerk that September 23,

27 2010 is the next available hearing date.

28

Stipulation and [Proposed] Order
CR 10-00528 HRL

**FILED**

SEP - 9 2010

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

The parties also jointly request that time be excluded under the Speedy Trial Act between September 9, 2010 and September 23, 2010 because additional time is necessary to maintain continuity of counsel, to review the discovery and to conduct necessary investigation.

IT IS SO STIPULATED.

Dated: September 8, 2010

/s/
MANUEL ARAUJO
Attorney for Defendant
PATRICIA L. WORTH

/s/
DANIEL R. KALEBA
Assistant United States Attorney

Based upon the representation of counsel and for good cause shown, the Court continues the September 9, 2010 appearance to September 23, 2010 at 1:30 p.m. The Court further finds that failing to exclude the time between September 9, 2010 and September 23, 2010 would unreasonably deny the defendant continuity of counsel and would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time between September 9, 2010 and September 23, 2010 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. Therefore, IT IS HEREBY ORDERED that the time between September 9, 2010 and September 23, 2010 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

DATED: 9/9/10

HOWARD R. LLOYD
United States Magistrate Judge